UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:
Daniel P. Speicher,                                    Case No. 05-66952-PJS
                                                       Chapter 7
                   Debtor.    /        Hon. Phillip J. Shefferly

Pittsfield Charter Township,
             Plaintiff,
v.                                                     Adv. Pro. No. 06-4377

Technical Logistic Corporation and
Daniel P. Speicher,
             Defendants.   /

ORDER DISMISSING CLAIMS AS TO
TECHNICAL LOGISTIC CORPORATION

      Plaintiff filed this complaint against Defendants on February 21, 2006. Consistent with Fed. R. Civ. P. 12(h)(3), incorporated by Fed. R. Bankr. P. 7012, ("Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action."), the Court raised the question of whether it has subject matter jurisdiction with respect to Plaintiff's claims against Defendant Technical Logistic Corporation. See Campanella v. Commerce Exchange Bank, 137 F.3d 885, 890 (6th Cir.1998) ("[I]t is beyond question that federal courts have a continuing obligation to inquire into the basis of subject-matter jurisdiction to satisfy themselves that jurisdiction to entertain an action exists."); Norris v. Schotten, 146 F.3d 314, 324 (6th Cir. 1998) ("Subject matter jurisdiction is an issue that must be raised sua sponte by a federal court where appropriate and can be raised at any time."). The Court permitted but did not require the parties to file briefs regarding this issue. The parties did not file briefs, but the Court nevertheless finds that it does not have subject matter jurisdiction with respect to Plaintiff's claims against Technical Logistic Corporation. Accordingly,

      IT IS HEREBY ORDERED that Plaintiff's claims against Technical Logistic Corporation are dismissed with prejudice.

**Signed on January 22, 2007**

                                        **/s/ Phillip J. Shefferly**
                                        **Phillip J. Shefferly**
                                        **United States Bankruptcy Judge**